DECIDED SEPTEMBER 18, 1940.

*R. Earl Camp,* for plaintiff in error.
*Stanley A. Reese, solicitor,* contra.

## 28453.  WALKER *v*. THE STATE.

MACINTYRE, J.  The motion for new trial contains only the general grounds.  The record discloses that the evidence for the State, if credible, was sufficient to support a verdict of guilty of carrying about his person a pistol to a place of public worship.  Code, § 26-5102.  The jury being the judges of the weight of the evidence, this court can not disturb the judgment refusing a new trial.  *Bice* v. *State,* 109 *Ga.* 117 (34 S. E. 202); *Minter* v. *State,* 104 *Ga.* 743 (30 S. E. 989); *Culberson* v. *State,* 119 *Ga.* 805, 807 (47 S. E. 175); Code, § 102-103.

*Judgment affirmed.  Broyles, C. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 18, 1940.

*W. A. Dampier,* for plaintiff in error.
*Stanley A. Reese, solicitor,* contra.